1  Rebecca C. Padilla, SBN: 248605
2  **POTTER, COHEN, SAMULON & PADILLA**
3  3852 E. Colorado Blvd.
   Pasadena, CA 91107
4  Telephone: (626) 795-0681
5  Facsimile: (626) 795-0725
   E-mail: rpadilla@pottercohenlaw.com
6
7  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA LOMELI, | Case No.: CV 21-00165 SK |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,323.27 (Three Thousand, Three Hundred Twenty-Three Dollars and Twenty-Seven Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: July 21, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

-1-